UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| KRISTI MERRIMAN, individually and as next, of friend of MITCHEL NELSON, a minor child, <br><br> Plaintiffs, <br><br> v. <br><br> ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY, <br><br> Defendant. | ) ) ) ) ) ) ) No. 3:20-CV-106-HBG ) ) ) ) ) ) |

## ORDER

This case is before the undersigned pursuant to 28 U.S.C. § 636(c), Rule 73(b) of the Federal Rules of Civil Procedure, and the consent of the parties, for all further proceedings, including entry of judgment [Doc. 14].

For the reasons cited in the Memorandum Opinion filed contemporaneously herewith, Defendant's Motion for Summary Judgment, or in the Alternative, Partial Summary Judgment [**Doc. 26**] is **GRANTED**. There being no further issues in this matter, the Clerk of Court is **DIRECTED TO CLOSE** this case.

**IT IS SO ORDERED.**

ENTER:

*[signature: Bruce Guyton]*
United States Magistrate Judge

ENTERED AS A JUDGMENT
  s/ *LeAnna R. Wilson*
  CLERK OF COURT